# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2015

## NO.  03-15-00224-CV

**Namken Construction, Inc. and Brandon Namken, Appellants**

**v.**

**Jeffrey Anderson and Cynthia Anderson, Appellees**

### APPEAL FROM 428TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the district court on November 5, 2014.  Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  The appellants shall pay all costs relating to this appeal, both in this Court and the court below.